1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

SPECTRUM LABORATORIES, LLC,

Plaintiff,

Cause No. MC22-0096RSL

10

v.

ORDER DECLINING TO ISSUE
WRIT OF GARNISHMENT

11

MATTHEW GREEN.,

12

Defendant/Judgment Debtor,

13

and

14

KEY BANK, N.A.,

15

Garnishee.

16

17

18

19

20

21

22

23

24

25

26

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment"

for property in which Matthew Green has a substantial nonexempt interest and which may be in

the possession, custody, or control of the garnishee, Key Bank, N.A. The original judgment in

the underlying matter was in favor of Spectrum Laboratories and against Matthew Green and Dr.

Greens, Inc., but it awarded no monetary damages. The judgment was subsequently amended to

award Spectrum Laboratories $2,595,519.00 in enhanced damages, $890,614.38 in attorney's

fees, and $318,283 in prejudgment interest. The amended judgment does not specify who is

liable for the stated amounts, and Matthew Green is not listed in the caption as a party to the

lawsuit. Some other evidence that Matthew Green has an outstanding judgment against him in

27

28

ORDER DECLINING TO ISSUE
WRIT OF GARNISHMENT - 1

the amount of $3,804,416.38 is needed before the requested writ can issue.

The Clerk of Court is directed to note the Application for Writ of Garnishment on the Court's calendar for Friday, December 2, 2022, to give Spectrum Laboratories time to make the necessary showing. Any future submissions shall use the caption as set forth above.

Dated this 3rd day of November, 2022.

Robert S. Lasnik
United States District Judge

ORDER DECLINING TO ISSUE
WRIT OF GARNISHMENT - 2